THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SEDLOCK, Appellant.

Submitted January 2, 2007; decided January 11, 2007

Motion, pursuant to CPL 460.60 (3), to extend the time for argument or submission of the appeal and to continue the stay granted and stay continued pending determination of the appeal.

SECURITY PACIFIC NATIONAL BANK, Respondent, v TRACIE EVANS, Appellant, et al., Defendants.

Submitted January 2, 2007; decided January 11, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

XAVIER CONTRACTING, LLC, Respondent, v CITY OF RYE et al., Appellants.

Submitted November 13, 2006; decided January 11, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MICHAEL ZAFRAN, Appellant, v LISA ZAFRAN, Respondent.

Submitted October 10, 2006; decided January 11, 2007

Motion for leave to appeal denied. Motion for a preference dismissed as academic.